# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137210

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FREDERICK J. KRAUSE and CINNAMON
KRAUSE,
        Plaintiffs-Appellants,

v

GRACE COMMUNITY CHURCH, AMERICAN
SEATING, and GREAT LAKES
INSTALLATION, INC.,
        Defendants-Appellees,
and

MONAHAN COMPANY,
        Defendant,
and

AMERICAN SEATING,
        Cross-Plaintiff-Appellee,

v

GREAT LAKES INSTALLATION, INC.,
        Cross-Defendant-Appellee.

SC: 137210
COA: 276173
Wayne CC: 02-232085-NO

_____/

On order of the Court, the application for leave to appeal the May 22, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk